UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re )
BRENT A FREEDMAN ) Case No. 05-67552-elp13
KAREN FREEDMAN )
) LIST OF NAMES AND ADDRESSES FOR
) UNCLAIMED FUNDS
Debtor(s) )

    Fred Long, Trustee, respectfully represents to the Bankruptcy Court as follows:

    Sixty (60) days have passed since the issuance of the check(s) to the creditors below and such checks have either been returned to the Trustee or payment has been stoped thereon, and the total of $2,247.61 is hereby paid to the Clerk of the United States Bankruptcy Court for deposit in the Registry of the Court as unclaimed money.

    The following is a list of names and addresses, as far as known, of the persons entitled to the following sums:

|  | Claimed Amount | Unclaimed Amount |
|---|---|---|
| ROBERT LAW/SANDY RUSSO<br>C/O MEYER & WYSE LLP<br>621 SW MORRISON ST STE 1300<br>PORTLAND OR 97205 | 97,550.88 | 2,247.61 |

Dated: Mar 09, 2011          /s/ Fred Long
                                                         Trustee